UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　*Plaintiff*,<br><br>v.<br><br>CONTENTS OF TRUIST BANK ACCOUNT ENDING 5792, HELD IN THE NAME OF QUEST FREIGHT LLC,<br>　*Defendant*.<br><br>[CLAIMANT: QUEST FREIGHT LLC] | No.<br><br><br><br><br><br><br><br><br>November 16, 2023 |

## VERIFIED COMPLAINT OF FORFEITURE

1. This is a civil in rem action brought to enforce the provisions of 18 U.S.C. § 1343 (wire fraud), for which forfeiture is permitted under 18 U.S.C. § 981(a)(1)(C) (permitting forfeiture of property which constitutes or is derived from proceeds traceable to an offense constituting "specified unlawful activity" as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)).

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendant is the Contents of Truist Bank account ending 5792, held in the name of Quest Freight LLC ("Defendant Asset").

4. The Defendant Asset is located within the jurisdiction of this Court.

## THE INVESTIGATION AND SEIZURE

5. On May 22 and June 2, 2023, Teleradiology Solutions, PC (TRS) submitted reports through the FBI's Internet Crimes Complaint Center (IC3) that it had been the victim of a business email compromise (BEC) attack, sometimes referred to as an email spoofing attack.

6. Email spoofing is the creation of email messages with a deceptive sender display name. When a bad actor engages in an email spoofing attack, the bad actor sends an email header that displays an inaccurate sender address, which can deceive the receiver unless the receiver inspects the header closely. This inaccurate sender address is usually someone the receiver knows and/or trusts, so the receiver might open malicious links or engage in risky behavior that the receiver would otherwise not engage in.

7. Criminal actors will use various techniques (phishing, social engineering, spearfishing, data breaches, spoofing, etc.) to gain access to e-mail accounts in order to intercept messages relating to financial transactions. These are methods by which a criminal actor will impersonate an individual known to the target or represent themselves as someone whom the target can trust. Leveraging this trust, the criminal actor will then exploit the target's computer systems. Once this information is known, they will impersonate one of the parties to the real transaction and replace the intended beneficiary account with their own just prior to payment. These types of incidents are known generally as a business e-mail compromise schemes.

8. TRS is headquartered in Pennsylvania, but has a location in New Haven, Connecticut. In the complaint referral form, TRS identified the New Haven location as the victim's address.

9. On or about April 15, 2023, TRS's yearly medical malpractice insurance payment was set to be paid. Shortly before the due date, on or about April 12, 2023, TRS received an email with new wire details from Arthur J Gallagher Risk Management Services (Gallagher), the insurance company that provided the malpractice insurance. On or about

April 13, 2023, TRS sent approximately $1,652,254.32 via a wire transfer using the newly provided instructions.

10. On or about May 29, 2023, TRS received a payment reminder from Gallagher, which resulted in the company conducting an internal review of the previously sent payment. The review revealed that the payment instructions were not associated with Gallagher and that the communications leading up to the payment had been sent from a fraudulent email address.

11. The unknown actor(s)[1] had created an email address that mimicked that of a known Gallagher employee. The fraudulent address included one extra character but was otherwise identical to the known employee's email address.

12. Furthermore, the fraudulent email displayed Gallagher's email domain (ajg.com) to make it appear as though it had been sent from Gallagher.

13. Data in the email header revealed that messages from the spoofed email address failed both Sender Policy Framework (SPF) and Domain-based Message Authentication, Reporting, and Conformance (DMARC) authentications. SPF authentication was labeled a "softfail" which indicates that the sending host is likely not authorized to use the domain. A DMARC failure indicates that the sender's domain does not align with the domain in the visible "From" field. The sender's domain was cue-server.com while the visible "From" domain was ajg.com.[2]

14. The payment made on April 13, 2023, in the amount of $1,652,254.32, as outlined above, went to Truist Bank account ending 5792, held in the name Quest Freight, LLC. Based on

---

[1] The number of individuals involved in this scheme is unknown at this point in time.

[2] Although this data is generally available to the average email user, it is not data that a typical email user would access.

account information, Andre Quest is the registered signer for the Truist bank account associated with Quest Freight LLC. Prior to this transfer, the balance at Truist Bank account ending 5792 was approximately $8.79.

15. On April 14, 2023, seven checks from Truist Bank account ending 5792 were issued to multiple different businesses and individuals. These checks totaled $1,091,000.00.

    a. Check 1028 was made out to Designer by M. Scott LLC in the amount of $162,000.

    b. Check 1030 was made out to Eleys Beauty Studios LTD Company in the amount of $143,000.

    c. Check 1035 was made out to Samuel Tommey in the amount of $250,000.

    d. Check 1036 was made out to Home Freight Logistics LLC in the amount of $186,000.

    e. Check 1037 was made out to Daniel G Steele in the amount of $150,000.

    f. Check 1038 was made out Debra Wessinger in the amount of $150,000.

    g. Check 1040 was made out Samuel Tommey in the amount of $50,000.

16. On April 17, 2023, one check was issued from Truist Bank account ending 5792. Check 1041 was made out to Joseph Russell in the amount of $33,000.

17. On April 18, 2023, one check was issued from Truist Bank account ending 5792. Check 1042 was made out to Eleys Beauty Studio LTD Company in the amount of $143,000.

18. On April 25, 2023, one check was issued from Truist Bank account ending 5792. Check 1046 was made out to Walter R Jones in the amount of $93,000.

19. According to bank statements, between April 17 and 19 check numbers 1028, 1030, 1036, 1040, 1041, and 1042 were reversed and returned to Truist Bank account ending 5792.

20. According to bank statements, check numbers 1035, 1037, 1038, and 1046 were not returned to Truist Bank account ending 5792.

21. The balance of Truist Bank account ending 5792 at the end of April 2023 was $1,100,746.24.

22. In May 2023, a service charge of $52.00 was assessed to Truist Bank account ending 5792. No other activity occurred. The balance at the end of May 2023 was $1,100,694.24.

23. In June 2023, no activity occurred in Truist Bank account ending 5792. The balance at the end of June 2023 was $1,100,694.24.

24. In July 2023, no activity occurred in Truist Bank account ending 5792. The balance at the end of July 2023 was $1,100,694.24.

25. On or about August 16, 203, the FBI alerted Truist Bank to the wire fraud and Truist Bank entered a voluntary freeze on the account.

26. Pursuant to the seizure warrant authorized by Magistrate Judge Garcia, the Government seized the Defendant Asset.

**Conclusion**

27. Based on the above, it is believed that the Contents of Truist Bank account ending 5792, held in the name of Quest Freight LLC, constitute the proceeds of violations of 18 U.S.C. § 1343 (wire fraud) and are therefore subject to forfeiture pursuant to 18 U.S.C. 981(a)(1)(A) via 18 U.S.C. § 1956(c)(7)(A) (defining specified unlawful activities to

include offenses listed in 18 U.S.C. § 1961(1)) and 18 U.S.C. § 1961(1) (covering 18 U.S.C. § 1343) for violations of 18 U.S.C. § 1343.

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for the Defendant Asset; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

The United States requests trial by jury.

VANESSA ROBERTS AVERY,
UNITED STATES ATTORNEY

By: /S/ David C. Nelson
David C. Nelson (ct25640)
Assistant U.S. Attorney
157 Church Street, 24th Floor
New Haven, Connecticut 06510
Tel:   (203) 821-3700
Fax:   (203) 773-5373
David.C.Nelson@usdoj.gov

## **DECLARATION**

I am a Special Agent with the Federal Bureau of Investigation, United States Department of Justice, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of November, 2023.

/s/ Peter Harris
PETER HARRIS
SPECIAL AGENT, FBI
